UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TARA B. GERMAIN,

               Plaintiff,

         -against-

THE COUNTY OF SUFFOLK, COMMISSIONER
RONALD F. FOLEY, individually and in his official
capacity as Commissioner of the Suffolk County
Park Department, and DAVID BREWER,
individually and in his official capacity as Chief of
Suffolk County Park Police,

               Defendants.
-----------------------------------------------------------------X

07-CV-2523
(LDW)(ARL)


**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the accompanying affirmation of Janice

Goodman, Esq., dated February 5, 2009, and the exhibits annexed thereto, Plaintiff's Statement

of Material Facts Not in Dispute, and Plaintiff's Memorandum of Law submitted herewith,

together with all prior pleadings and proceedings had herein, Plaintiff will move this Court,

before the Honorable Leonard D. Wexler, at the United States Courthouse located at 100 Federal

Plaza, Central Islip, New York 11722, for an ORDER Pursuant to Fed. R. Civ. Procedure 56(a):

      1.  Granting Summary Judgment in favor of Plaintiff on her Fifth Cause of Action

in which she claims that Defendants retaliated against her in violation of Title VII of the Civil

Rights Act of 1964 as amended; 42 U.S.C. §1983, and the New York State Human Rights Law,

Exec. Law § 296, *et seq.*

      2.  Awarding Plaintiff back pay, with interest compounded monthly, for lost

wages between August 6, 2007 and April 21, 2008.

3. Awarding Plaintiff the costs of this action, including reasonable attorneys fees.

4. Such other relief as the Court deems appropriate.

Dated:  New York, New York
        February 10, 2009

LAW OFFICES JANICE OF GOODMAN

By: _____
    Janice Goodman (0487)
    275 Seventh Avenue, Suite 2300
    New York, New York 10001
    (212) 869-1940