UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
TARA GERMAIN

        -against-

COUNTY OF SUFFOLK, et al.

------------------------------------------------x

**ORDER OF SUSTENANCE**
**LODGING & TRANSPORTATION**

Docket # 07-CV-2523 (ADS)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★   JUL 02 2009   ★

LONG ISLAND OFFICE

**IT IS ORDERED that proper :**

( )LODGING

(X ) SUSTENANCE

( ) TRANSPORTATION

be provided to the ( 10 ) jurors empaneled in the above entitled case
and to the ( ) U.S. Marshal or ( 1 ) Deputy Clerk in attendance.

( )QUESTIONAIRES
( ) DURING TRIAL
(X ) DELIBERATING
( ) SEQUESTERED
( ) BREAKFAST
( ) LUNCH
( ) DINNER
( ) OTHER

_____
United States District Judge

Date: July 2, 2009
     Central Islip, NY