D/F

> **MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.**

July 16, 2009

Chambers of Judge Arthur D. Spatt
Alphonse M. D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4438

Re: Germain v. County of Suffolk, et al.
    07-CV-2523 (ADS)(ARL)

Dear Honorable Judge Spatt:

After the verdict on the above matter on July 6, 2009, the Court gave the parties until July 20, 2009 to attempt to reach a resolution on the issue of back pay.

The plaintiff has sent a formal proposal on the above issue to the undersigned. With the consent of the plaintiff, counsel is asking for an extension of time to inform the Court on whether there is a resolution on this issue, until July 31, 2009.

We wish to thank the Court for its consideration in this matter.

Respectfully submitted,

CHRISTINE MALAFI
Suffolk County Attorney

*Chris P. Termini*
Chris P. Termini (2693)
Assistant County Attorney

CPT:prv

Request GRANTED. So ordered.

*/s/ Arthur D. Spatt, USDJ*  7/17/09